# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JASON ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-1243-HE |
| | ) | |
| TRIPLE R JANITORIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered in this case on November 30, 2016, judgment is entered in favor of defendant Triple R Janitorial, Inc., and against plaintiff.

**IT IS SO ORDERED**.

Dated this 30th day of November, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE